1

2

3

4                                                              The Honorable Richard A. Jones

5

6

7                              UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
                                       AT SEATTLE

8

AMERICAN FREEDOM DEFENSE                    )
9   INITIATIVE, PAMELA GELLER and ROBERT     )   No. 13-CV-1804-RAJ
SPENCER,                                 )
                                            )
10                                           )   STIPULATED MOTION AND
                             Plaintiffs,     )   AGREED ORDER STAYING
11                                           )   DISTRICT COURT PROCEEDINGS
                                            )   PENDING REVIEW BY THE NINTH
        vs.                              )   CIRCUIT
12                                           )
KING COUNTY,                                )
13                                           )   NOTE ON MOTION CALENDAR:
                             Defendant    )   February 10, 2014
14                                           )
                                            )
15   _____)

16                                     STIPULATION

17          Plaintiffs American Freedom Defense Initiative, Pamela Geller and Robert Spencer

18   (collectively "AFDI") are seeking review in the U.S. Court of Appeals for the Ninth Circuit of

19   this Court's January 30, 2014 Order (Dkt. 27), denying AFDI's request for a preliminary

20   injunction.  THEREFORE, IT IS HEREBY STIPULATED between the plaintiffs AFDI and

21   defendant King County, parties to the above-entitled action, by their signatures below, that AFDI

22   and defendant King County agree that it is appropriate to stay further proceedings in this Court

23

STIPULATED MOTION AND AGREED ORDER STAYING          **Daniel T. Satterberg**, Prosecuting Attorney
DISTRICT COURT PROCEEDINGS PENDING REVIEW BY         CIVIL DIVISION, Litigation Section
THE NINTH CIRCUIT (13-CV-1804-RAJ) - 1              900 King County Administration Building
                                                    500 Fourth Avenue
                                                    Seattle, Washington  98104
                                                    (206) 296-0430  Fax (206) 296-8819

1    while AFDI seeks appellate review in the Ninth Circuit.

2        DATED this 10th day of February, 2014.

3    Agreed to and Presented by:

4    Defendant King County, through its attorneys,

5        DANIEL T. SATTERBERG
King County Prosecuting Attorney

6

       By: */s/ David J. Hackett*
7        DAVID J. HACKETT, WSBA # 21236
Senior Deputy Prosecuting Attorney

8

       By: */s/ Linda M. Gallagher*
9        LINDA M. GALLAGHER, WSBA # 16552
Senior Deputy Prosecuting Attorney
10        Attorneys for Defendants

11    Plaintiffs AFDI, Pamela Geller, and Robert Spencer, through their attorneys,

       Stephen Pidgeon Attorney at Law, P.S.
12

       */s/ Stephen Pidgeon*
13        Stephen Pidgeon, Esq. WSBA # 25265
3002 Colby Avenue, Suite 306
14        Everett, Washington 98201
Tel: (425) 605-4774; Fax: (425) 818-5371
15

       AMERICAN FREEDOM LAW CENTER
16

       */s/ David Yerushalmi*
17        David Yerushalmi, Esq.* (DC # 978179)
1901 Pennsylvania Avenue NW, Suite 201
18        Washington, D.C. 20006
dyerushalmi@americanfreedomlawcenter.org
19        Tel: (646) 262-0500; Fax: (801) 760-3901

20        */s/ Robert J. Muise*
       Robert J. Muise, Esq.* (MI P62849)
21        P.O. Box 131098
Ann Arbor, Michigan 48113
22        rmuise@americanfreedomlawcenter.org
Tel: (734) 635-3756; Fax: (801) 760-3901
23

       *Admitted *pro hac vice*

STIPULATED MOTION AND AGREED ORDER STAYING
DISTRICT COURT PROCEEDINGS PENDING REVIEW BY
THE NINTH CIRCUIT (13-CV-1804-RAJ) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1

## ORDER

2       THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the

3   parties hereto, and having considered the agreement of the parties and the reason for the stay, and

4   the court being fully advised in the premises, now, therefore, it is hereby,

5       ORDER, ADJUDGED and DECREED that all further proceedings in this matter,

6   including discovery, shall be stayed pending conclusion of AFDI's appeal of this Court's January

7   30, 2014 Order in the Ninth Circuit.

8       DATED this 11th day of February, 2014.

9

10

11  _____
    The Honorable Richard A. Jones
12  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

STIPULATED MOTION AND AGREED ORDER STAYING
DISTRICT COURT PROCEEDINGS PENDING REVIEW BY
THE NINTH CIRCUIT (13-CV-1804-RAJ) - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819